Timothy M. Hamilton (SB# 90270)
WALKER, HAMILTON & WHITE
50 Francisco Street, Suite 160
San Francisco, CA 94133-2108
Telephone: (415) 986-3339
Facsimile: (415) 986-1618

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA & CHRIS BROWN Individually and as Parents and Guardians ad Litem of SARAH BROWN, a minor<br><br>    Plaintiffs,<br><br>vs.<br><br>NAPA VALLEY UNIFIED SCHOOL DISTRICT; BOARD OF EDUCATION OF THE NAPA VALLEY UNIFIED SCHOOL DISTRICT; JOHN P. GLASER, ED. D., individually and in his official capacity as Superintendent of the Napa Valley Unified School District; LINDA HANSEN, individually and in her official capacity as teacher in the Napa Valley Unified School District; MELISSA STRONGMAN, individually and in her official capacity as Principal of Bel Aire Elementary School in the Napa Valley Unified School District MICHELE MURER individually and in her official capacity as Special Education Coordinator in the Napa Valley Unified School District; LAURA MILLER, individually and in her official capacity as Special Education Director in the Napa Valley Unified School District, Barbara Nemko individually and in her capacity as Administrator for NAPA COUNTY SPECIAL EDUCATION LOCAL PLAN AREA, NAPA COUNTY SPECIAL EDUCATION LOCAL PLAN AREA and DOES 1 to 100,<br>    Defendants | CASE NO.: C-06-5610 MEJ<br><br>PLAINTIFF'S CASE MANAGEMENT STATEMENT<br><br>ORDER VACATING CMC; EXTENDING DEADLINES |

Plaintiffs hereby submit the following case management statement to this court:

1. DESCRIPTION OF THE CASE:

This case arises from an incident on April 28, 2005. LINDA HANSEN, a teacher employed by the Napa Valley Unified School District to teach a special education class, physically restrained plaintiff SARAH BROWN at least once in a five point restraining hold. At one point, HANSEN laid her full weight of approximately 300 pounds on SARAH for approximately 5 minutes. Plaintiff SARAH BROWN suffers from autism, and LINDA HANSEN knew of her condition. SARAH sustained abrasions to her back, as well as unusual signs of agitation and distress.

2. PRINCIPAL FACTUAL ISSUES WHICH THE PARTIES DISPUTE:

Please see section 5.

3. PRINCIPAL LEGAL ISSUES WHICH THE PARTIES DISPUTE:

Please see section 5.

4. OTHER ISSUES WHICH REMAIN UNRESOLVED, AND THE PARTIES' PROPOSED RESOLUTION:

Please see section 5.

5. THE PARTIES WHO HAVE NOT BEEN SERVED AND THE REASONS FOR SUCH LACK OF SERVICE:

At their own request, defendant NAPA VALLEY UNIFIED SCHOOL DISTRICT and its employees have not yet been served. Defendants were aware of this incident before this complaint was filed. They requested that counsel for the plaintiffs not serve the complaint pending the parties' efforts to resolve the matter without full-scale litigation. These efforts are still continuing, but since the statute of limitations expired on September 13, 2006, the complaint had to be filed to preserve plaintiff's rights in case those settlement efforts failed.

Plaintiff therefore requests that the court extend its deadlines in this matter by 120 days to

permit the parties to either resolve the matter, or allow the complaint to be served on defendants.

Plaintiff consents to the assignment of this case to a U.S. Magistrate Judge for trial, and plaintiffs' consent form is filed herewith.

Dated:  December 7, 2006          WALKER, HAMILTON & WHITE

By: _____
Timothy M. Hamilton
Attorneys for Plaintiffs

Good cause appearing, the Court GRANTS Plaintiffs' request and VACATES the December 14, 2006 Case Management Conference. Further, the Court EXTENDS the deadlines in this matter by 120 days to permit the parties to attempt resolution of the matter. At the end of the 120 days, Plaintiff shall inform the Court whether this matter has settled or needs to be placed back on calendar.

Dated: December 11, 2006



IT IS SO ORDERED
Judge Maria-Elena James