1  Andrea M. Tytell, Attorney at Law SBN: 166835
   LAW OFFICES OF ANDREA M. TYTELL
2  2121 Rosecrans Avenue, Suite 1350
   El Segundo, California 90245
3  Telephone: (310) 416-9710
   Facsimile:  (310) 640-1601
4
   Attorney for Plaintiff
5
                **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**
6
                           **COUNTY OF LOS ANGELES**
7

8  | DIANA & CHRIS BROWN Individually and as Parents and Guardians ad Litem of SARAH BROWN, a minor | Case No.3:06-cv-05610-MEJ |
   |---|---|
   | Plaintiffs, | **STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |
   | vs. | |
   | NAPA VALLEY UNIFIED SCHOOL DISTRICT; BOARD OF EDUCATION OF THE NAPA VALLEY UNIFIED SCHOOL DISTRICT; JOHN P. GLASER, ED. D., individually and in his official capacity as Superintendent of the Napa Valley Unified School District; LINDA HANSEN, individually and in her official capacity as teacher in the Napa Valley Unified School District; MELISSA STRONGMAN, individually and in her official capacity as Principal of Bel Aire Elementary School in the Napa Valley Unified School District MICHELE MURER individually and in her official capacity as Special Education Coordinator in the Napa Valley Unified School District; LAURA MILLER, individually and in her official capacity as Special Education Director in the Napa Valley Unified School District, Barbara Nemko individually and in her capacity as Administrator for NAPA COUNTY SPECIAL EDUCATION LOCAL PLAN AREA, NAPA COUNTY SPECIAL EDUCATION LOCAL PLAN AREA and DOES 1 to 100, | |
   | Defendants. | |

27       IT IS HEREBY STIPULATED and agreed, by and between Andrea M. Tytell and Timothy
28  Hamilton, counsel for Plaintiffs, and Kevin Gilbert and Susan Roberts, counsel for Defendants,

1  that the Hearing on Defendants' Motions to Dismiss, currently set for June 14, 2007, be continued
2  to June 28, 2007. As such, Plaintiff's Opposition to Defendants' Motions to Dismiss shall be filed
3  by June ~~14~~ 7, 2007.

4

5  Dated: May 25 , 2007         /s/
                                       Andrea M. Tytell
6                                         Attorney for Plaintiffs

7

8  Dated: May 25, 2007        /s/
                                         Timothy M. Hamilton
9                                         Attorney for Plaintiffs

10

11  Dated: May 29, 2007        /s/
12                                         Kevin E. Gilbert
                                       Attorney for Defendant, Linda Hansen
13

14  Dated: May 29, 2007        /s/
                                       Lisa R. Roberts
15                                        Attorney for Defendants, Napa Valley Unified School
16                                        District; Board of Education of the Napa Valley
                                       Unified School District; John P. Glaser, Ed.d.;
17                                        Melissa Strongman; Michele Murer and Laura Miller,

18

19

20                          **IT IS SO ORDERED**

21  Dated: May 30, 2007
22                                         Honorable Maria-Elena James

23 Hearing on Defendants' Motion to Dismiss Continued to June 28, 2007

24 Plaintiff's Opposition is due June 7, 2008. Defendants' Reply is due June 14, 2007. All parties shall provide chambers copies of all e-filed documents by noon of the next business day after
25 e-filing.

26

27

28

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: The Plaza, 2121 Rosecrans Avenue, Suite 1350, El Segundo, California 90245-4701.

On May 24, 2007, I served the foregoing document described as **STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS** on the interested parties to this action by placing [X] the original (to Office of the Independent Administrator) and [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

Lisa R. Roberts
McNamara Dodge Ney Beatty Slattery Pfalzer Borges & Brothers
1211 Newell Avenue
Walnut Creek, CA 94596
Fax: 925-939-0203

Kevin E. Gilbert
Meyers Nave
555 12th Street, Suite 1500
Oakland, CA 94607
Fax: (510) 444-1108

[ ] **VIA U.S. MAIL**
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day with postage thereon certified mail, return receipt requested, fully prepaid at El Segundo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **VIA ELECTRONIC FILING**

[] **VIA FEDERAL EXPRESS**

[X] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 24, 2007 at El Segundo, California.

Tyler Davis