IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROWN, et al., | No. C 06-5610 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER TO SHOW CAUSE** |
| NAPA VALLEY UNIFIED SCHOOL DISTRICT, et al., | |
| Defendant(s). | |

Pending before the Court are the defendants' two motions to dismiss, filed May 10, 2007. (Docs. ## 6, 8.) On May 30, 2007, the Court granted the parties' stipulation to continue the hearing to June 28, 2007, and ordered the plaintiffs to file an opposition by June 7. Plaintiffs have not filed an opposition. Accordingly, the Courts ORDERS the plaintiffs to show cause why this case should not be dismissed for failure to prosecute. Plaintiffs shall file a declaration by June 21, 2007, and the Court shall hold a hearing on June 28, 2007 at 10:00 a.m. in Courtroom B. The hearing on defendants' motions, currently scheduled for June 28, is VACATED.

**IT IS SO ORDERED.**

Dated: June 11, 2007

MARIA-ELENA JAMES
United States Magistrate Judge