IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROWN, et al., | No. C 06-5610 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER VACATING ORDER TO SHOW CAUSE** |
| NAPA VALLEY UNIFIED SCHOOL DISTRICT, et al., | **ORDER CONTINUING HEARING RE: MOTIONS TO DISMISS** |
| Defendant(s). / | |

On June 11, 2007, the Court issued an Order for Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. (Doc. #17.) On that same day, Plaintiffs' counsel, Andrea Tytell, filed a declaration in response. (Doc. #18.) Good cause appearing, the Court VACATES the Order to Show Cause and the hearing scheduled for June 28, 2007. This matter shall proceed on the merits, and the Court shall hold a hearing on Defendants' motions to dismiss on July 26, 2007 at 10:00 a.m. in Courtroom B. Plaintiffs shall file their opposition(s) by June 21, 2007, and Defendants shall file their replies by July 5, 2007.

**IT IS SO ORDERED.**

Dated: June 12, 2007

MARIA-ELENA JAMES
United States Magistrate Judge